**Leo L. MIKITAROFF, Claimant–Appellant,**

v.

**Erick K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7137.

United States Court of Appeals, Federal Circuit.

May 17, 2013.

James R. Barney, Finnegan, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for claimant-appellant. On the brief was Mark R. Lippman, The Veterans Law Group, of La Jolla, CA.

Alex P. Hontos, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Scott D. Austin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Brian D. Griffin, Attorney, United States Department of Veterans Affairs, of Washington, DC.

MOORE, BRYSON, and LINN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.